UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONISE WILKONS

      Plaintiff,

V.                                                CIVIL ACTION NO

LEGAL MEDIATION PRACTICE

Defendant.                                  SEPTEMBER 18, 2008

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k.

3. Plaintiff is a natural person who resides at 4007 Coopers Lane #D2, Landover Hills, MD 20784.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant has a collection agency located at 1919-4 Blanding Ave., Jacksonville, FL 32210.

6. Defendant is not licensed in the State of Maryland as a collection agency.

7. Defendant communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal debt.

8. The Defendant contacted the Plaintiff by telephone August 28, 2008 and failed to provide the debt collection warning as required by 15 U.S.C. 1692 e (11).

9. Defendant used abuse language in the telephone call and asked whether my client was white or black skin color.

10. In the collection efforts, the defendant violated the FDCPA, inter alia; section 1692 e, f, and G.

SECOND COUNT

11. The allegations of the First Count are repeated and realleged as if fully set forth herein.

12. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

13. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against the defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may provide

`

THE PLAINTIFF

BY_____
Bernard T. Kennedy, Esquire
Bernard T. Kennedy & Associates
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com